# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

JAMES LANHAM

    Plaintiff,

    v.                              CASE NUMBER:    4:06-cv-1179 HEA

SANDBERG TRUCKING, INC.

    Defendant.

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on the claim of plaintiff James Lanham for personal injury, the jurors assess percentages of fault as follows: Defendant Sandberg Trucking, Inc. at 80% and Plaintiff James Lanham at 20% for a total of 100%. The jurors find the total amount of plaintiff's damages disregarding any fault on the part of plaintiff to be $500,000.00.

February 12, 2010  
DATE

                                        James G. Woodward  
                                        CLERK

By: _____  
       DEPUTY CLERK